Sima G. Aghai, SBN 156354
LAW OFFICES OF SIMA G. AGHAI
12362 Beach Boulevard, Suite 21
Stanton, CA 90680
(714) 901-1222
(714) 901-1220 (F)
sima@aghailaw.com

Attorney for Plaintiff MICHAEL CONTRERAS PEREZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CONTRERAS PEREZ,<br>Plaintiff<br>v.<br>FRANK BISIGNANO, Commissioner of Social Security,<br>Defendant | CASE NO. 2:25-cv-12241 PA-RAO<br><br>~~[PROPOSED]~~ **ORDER FOR AWARD OF EAJA FEES** |

Pursuant to the Stipulation of the parties, Plaintiff's Affidavit and Assignment of EAJA Fees, and all the files, records and proceedings in this matter, it is hereby

**ORDERED** that Plaintiff is awarded attorney fees in the total amount of **$1,486** as authorized by 28 U.S.C. §2412. Under *Astrue v. Ratliff*, 130 S. Ct. 2521, 2528-29 (2010), EAJA fees belong to Plaintiff and are subject to offset under the Treasury Offset Program, 31 U.S.C. §3716(c)(3)(B). If, after receiving the Court's EAJA fee order, the Commissioner determines that Plaintiff has assigned the right to EAJA fees and costs to counsel and Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, then EAJA fees and costs may be made payable to Plaintiff's attorney, Sima G. Aghai, by either electronic funds transfer or check. If Plaintiff owes a debt under the Treasury Offset Program, any

remaining EAJA fees and costs after offset will be made by check payable to Plaintiff and delivered to the business address of Plaintiff's counsel.

DATED: 07/22/2026

Rozella A. Oliver

HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE